UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| NEWGENT GOLF, INC., | ) | Case No. 6:04-bk-13479-KSJ |
| | ) | Chapter 7 |
| Debtor. | ) | |
| | ) | |

| | | |
|---|---|---|
| MARIE E. HENKEL, | ) | |
| | ) | |
| Plaintiff, | ) | Adversary No. 6:06-ap-155 |
| vs. | ) | |
| | ) | |
| FRESE, HANSEN, ANDERSON, | ) | |
| HUESTON, & WHITEHEAD, P.A., | ) | |
| MSM GOLF, LLC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## FINAL JUDGMENT

This adversary proceeding came on for trial on November 14, 2009, on the Complaint filed by the Chapter 7 Trustee, Marie Henkel, seeking an order directing the defendants, Frese, Hansen, Anderson, Hueston & Whitehead, P.A. (the "Firm") and MSM Golf, LLC. ("MSM"), to return $58,846.60 to the Chapter 7 estate. Consistent with the Memorandum Opinion entered simultaneously herewith, it is

ORDERED:

1. Judgment is entered in favor of the plaintiff, Marie E. Henkel, the Chapter 7 Trustee, and against the defendants, the Firm and MSM, on Counts 1 and 2.

2. The defendants, the Firm and MSM, are jointly and severally liable to pay and to turnover the sum of $58,846.60 to the plaintiff, Marie E. Henkel, upon which execution shall lie and on which interest will accrue at the rate of 0.72 percent per annum.



3. A declaratory judgment is entered that voids *ab initio* the Order Regarding Disbursement of Funds, entered on March 6, 2006, by Judge John Dean Moxley, Jr., in the Circuit Court of the Eighteenth Judicial Circuit, Brevard County, Florida, in the case of <u>MSM Golf, LLC v. J. Steven Newgent, Raymond T. Watson, and Newgent Golf, Inc., d/b/a JSN Golf Enterprises</u>, Case No. 05-1999-CA-012384-XXXXX-XX.

4. The plaintiff, Marie E. Henkel, is directed to file an affidavit listing the fees and costs associated with this adversary proceeding within 21 days of the entry of this Final Judgment. The defendants, the Firm and MSM, shall have 21 days thereafter to file an objection to the trustee's fees and costs. If an objection is timely filed, the Court will set a further hearing. If *no* objection is timely filed, the trustee is directed to submit a supplemental final judgment to award all fees and costs incurred by the trustee.

DONE AND ORDERED in Orlando, Florida, on March 2, 2009.

KAREN S. JENNEMANN
United States Bankruptcy Judge

Copies provided to:

Plaintiff: Marie E. Henkel, 3560 S. Magnolia Avenue, Orlando, FL 32806

Counsel for the Plaintiff: Lynnea Concannon, LS Concannon PA, P.O. Box 915875, Longwood, FL 32791

Defendant: Frese, Hansen, Anderson, Hueston, & Whitehead, PA, 930 S. Harbor City Blvd., Suite 505, Melbourne, FL 32901

Counsel for the Defendant: David L. Wildman, David L. Wildman, PA, P.O. Box 1029, Melbourne, FL 32902

Defendant: MSM Development Co., 620 Erie Blvd., Suite 312, Syracuse, NY 13204